# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paulo Lage,<br><br>        Petitioner,<br><br>v.<br><br>Eric Rokosky,<br><br>        Respondent. | **NO. CV-26-03106-PHX-DWL (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed May 27, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to his request for immediate release from DHS custody. Judgment is entered in Petitioner's favor and this case is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

May 27, 2026

s/ A. Roybal
By    Deputy Clerk